AMERICAN HARDWARE MUTUAL INSURANCE COMPANY, PLAINTIFF-PETITIONER, v. ERNEST MILLER, *IND.*, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS, AND CARL G. LADD, A MINOR BY HIS GUARDIAN *AD LITEM*, *ET AL.*, INTERVENORS-CROSS CLAIMANTS-RESPONDENTS, v. DONNA LEE MULLER, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

See same case below: 103 *N. J. Super.* 9.

*Messrs. Bleakly, Stockwell, Zink & McGeary* for the petitioner.

*Mr. George A. Streitz* and *Messrs. Halpin & Bailey* for the respondents.

December 10, 1968.  Denied.